# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Claudia Alejandra Saenz;**<br>DOB: 1991; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**12-10383 M-** |

Complaint for violation of Title 21     United States Code §§ 841(a)(1) and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

### Count 1

On or about April 28, 2012, at or near Nogales, in District of Arizona, **Claudia Alejandra Saenz**, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 30.50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### Count 2

On or about April 28, 2012, at or near Nogales, in District of Arizona, **Claudia Alejandra Saenz**, did knowingly and intentionally possess approximately 30.50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 28, 2012, at approximately 6:15 a.m., **Claudia Alejandra SAENZ**, attempted to enter the United States from the Republic of Mexico, via the Deconcini Port of Entry (POE) in Nogales, Arizona. **SAENZ** was the owner and sole occupant of a white 1995 Chevrolet Suburban. U.S. Customs and Border Protection (CBP) Officers referred **SAENZ'** vehicle to the secondary inspection area due to indications the gas tank of the vehicle had been tampered with. A CBP Canine Enforcement Officer (CEO) was contacted and utilized his Narcotics Detection Dog to inspect **SAENZ'** vehicle. The dog alerted positively to the odor of narcotics emanating from the rear of **SAENZ'** vehicle. A search of **SAENZ'** vehicle revealed 12 individually wrapped packages concealed in a non-factory metal container in the gas tank. The packages contained a green-leafy substance which tested positive for the properties of marijuana. The total weight of the marijuana was 30.50 kilograms. U.S. Immigrations and Customs Enforcement (ICE) Homeland Security Investigations (HSI) Nogales Special Agents were contacted and responded. HSI Special Agents advised Saenz of her constitutional rights against self-incrimination. **SAENZ** waived her constitutional rights against self-incrimination both verbally and in writing. **SAENZ** advised agents she agreed to drive the load of marijuana in exchange for $2,000.00 U.S. dollars. .

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**REQUEST DETENTION**
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
Barry/jm
AUTHORIZED BY: AUSA

**SIGNATURE OF COMPLAINANT**

**OFFICIAL TITLE**
Special Agent

Sworn to before me and subscribed in my presence.

**SIGNATURE OF MAGISTRATE JUDGE**[1]

**DATE**
April 30, 2012

[1] See Federal rules of Criminal Procedure Rules 3 and 54